UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════

JACKILYN A. MIXON,

                              Plaintiff,

            v.                                              ORDER
                                                        10-CV-1043A

BUFFALO MEDICAL GROUP, P.C.,

                              Defendant.

═══════════════════════════════════════

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr.

pursuant to 28 U.S.C. § 636(b)(1).  On March 30, 2012, defendant filed a motion

for summary judgment seeking dismissal of the complaint in its entirety.  On

January 28, 2013, Magistrate Judge Schroeder filed a Report and

Recommendation, recommending that defendant's motion for summary judgment

be granted.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's

motion for summary judgment is granted.

The Clerk of Court shall take all steps necessary to close the case.


   SO ORDERED.


                                        *s/ Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        UNITED STATES DISTRICT JUDGE

DATED: February 15, 2013